**J. B. Dicus, appellant, v. E. H. Lucas et al., appellees. Gen. No. 7,864.**

Opinion filed August 8, 1928. Rehearing denied January 28, 1929.

James H. Burr and James H. Ragsdale, for appellant. N. J. Aldrich, for appellees.

Mr. Presiding Justice Jones delivered the opinion of the court.